AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

**NORTHERN** DISTRICT OF **GEORGIA**
ATLANTA DIVISION

ORIGINAL

JIMMY SMITH RACING TIRES, INC.

        Plaintiff

v.

ALBERT ASHLEMAN, FLORIDA PRO SERIES, INC., FLORIDA RACE CAR PRODUCTS, INC., and COLUMBIA MOTORSPORTS, INC.

        Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05-CV-0970-JEC

TO: Albert Ashleman
239 Southwest Blueberry Place
Lake City, Florida 32024

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS (name and address)

Richard P. Hamilton, Esq.
John D. Hadden, Esq.
CARTER & ANSLEY LLP
Suite 2300, Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309-3482
(404) 658-9220 (telephone)
(404) 658-9726 (facsimile)

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS          5-3-05
CLERK          DATE

*[signature]*
BY DEPUTY CLERK

RETURN OF SERVICE

RECEIPT NUMBER: 0000895-05

PERSON TO BE SERVED:

ALBERT ASHLEMAN
239 SOUTHWEST BLUEBERRY PLACE
LAKE CITY



PLAINTIFF: JIMMY SMITH RACING TIRES, INC.
  -VS-
DEFENDANT: ALBERT ASHLEMAN, FLORIDA PRO SERIES, INC., FLORIDA RACE CAR, ETC.,

TYPE WRIT: SUMMONS IN A CIVIL ACTION

  COURT: U.S. DISTRICT                       COURT DATE:
  CASE #: 1:05-CV-0970-JEC                COURT TIME:

Received the above-named writ on May 5, 2005, at 10:33 AM,
and served the same on May 9, 2005, at 3:15 PM,
in COLUMBIA County, Florida, as follows:

INDIVIDUAL

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me, to: ALBERT ASHLEMAN

SERVICE COST: $40.00                          BILL GOOTEE, SHERIFF
CD, CIVIL CLERK                             COLUMBIA COUNTY, FLORIDA

MAIL TO:                                 BY: _____
                                              KENNETH GLENN, D.S.
  CARTER & ANSLEY LLP
  1180 W. PEACHTREE ST.
  SUITE 2300
  ATLANTA, GA   30309

# United States District Court

**NORTHERN** DISTRICT OF **GEORGIA**

ATLANTA DIVISION

ORIGINAL

JIMMY SMITH RACING TIRES, INC.

              Plaintiff

v.

ALBERT ASHLEMAN, FLORIDA PRO SERIES, INC., FLORIDA RACE CAR PRODUCTS, INC., and COLUMBIA MOTORSPORTS, INC.

              Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05-CV-0970-JEC

TO: Florida Pro Services, Inc.
c/o Albert Ashleman, Registered Agent
239 Southwest Blueberry Place
Lake City, Florida 32024

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS (name and address)

Richard P. Hamilton, Esq.
John D. Hadden, Esq.
CARTER & ANSLEY LLP
Suite 2300, Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309-3482
(404) 658-9220 (telephone)
(404) 658-9726 (facsimile)

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS            5-3-05
CLERK                                                 DATE

*/s/ JKlunch/*
BY DEPUTY CLERK

RETURN OF SERVICE

RECEIPT NUMBER: 0000895-05

PERSON TO BE SERVED:

FLORIDA PRO SERVICES, INC.
C/O ALBERT ASHLEMAN, REGISTERED AGENT
239 SOUTHWEST BLUEBERRY PLACE
LAKE CITY

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
MAY 13 2005
LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

PLAINTIFF: JIMMY SMITH RACING TIRES, INC.
  -VS-
DEFENDANT: ALBERT ASHLEMAN, FLORIDA PRO SERIES, INC., FLORIDA RACE CAR, ETC.,

TYPE WRIT: SUMMONS IN A CIVIL ACTION

COURT: U.S. DISTRICT                      COURT DATE:
CASE #: 1:05-CV-0970-JEC                   COURT TIME:

Received the above-named writ on May 5, 2005, at 10:33 AM,
and served the same on May 9, 2005, at 3:15 PM,
in COLUMBIA County, Florida, as follows:

CORPORATE - SERVICE ON REGISTERED AGENT

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me to-wit: ALBERT ASHLEMAN as registered
agent of the within named corporation according to Chapter 48.081(3)
and 48.091, Florida Statutes.

SERVICE COST: $40.00                       BILL GOOTEE, SHERIFF
CD, CIVIL CLERK                            COLUMBIA COUNTY, FLORIDA

MAIL TO:                          BY: _____Kenneth Glenn_____
                                       KENNETH GLENN, D.S.
CARTER & ANSLEY LLP
1180 W. PEACHTREE ST.
SUITE 2300
ATLANTA, GA    30309

# United States District Court

**NORTHERN** DISTRICT OF **GEORGIA**
ATLANTA DIVISION

JIMMY SMITH RACING TIRES, INC.

**ORIGINAL**

Plaintiff

**SUMMONS IN A CIVIL ACTION**

v.

**CASE NUMBER:** 1:05-CV-0970-JEC

ALBERT ASHLEMAN, FLORIDA PRO SERIES, INC., FLORIDA RACE CAR PRODUCTS, INC., and COLUMBIA MOTORSPORTS, INC.

Defendants

TO: Florida Race Car Products, Inc.
c/o Albert Ashleman, Registered Agent
239 Southwest Blueberry Place
Lake City, Florida 32024

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS (name and address)

Richard P. Hamilton, Esq.
John D. Hadden, Esq.
CARTER & ANSLEY LLP
Suite 2300, Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309-3482
(404) 658-9220 (telephone)
(404) 658-9726 (facsimile)

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS                          5-3-05
CLERK                                      DATE

BY DEPUTY CLERK

RETURN OF SERVICE

RECEIPT NUMBER: 0000895-05

PERSON TO BE SERVED:

FLORIDA RACE CAR PRODUCTS, INC.
C/O ALBERT ASHLEMAN, REGISTERED AGENT
239 SOUTHWEST BLUEBERRY PLACE
LAKE CITY

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
MAY 13 2005
LUTHER D. THOMAS, Clerk
By: [signature] Deputy Clerk

PLAINTIFF: JIMMY SMITH RACING TIRES, INC.
  -VS-
DEFENDANT: ALBERT ASHLEMAN, FLORIDA PRO SERIES, INC., FLORIDA RACE CAR, ETC.,

TYPE WRIT: SUMMONS IN A CIVIL ACTION

   COURT: U.S. DISTRICT                              COURT DATE:
   CASE #: 1:05-CV-0970-JEC                          COURT TIME:


   Received the above-named writ on May 5, 2005, at 10:33 AM,
   and served the same on May 9, 2005, at 3:15 PM,
   in COLUMBIA County, Florida, as follows:

CORPORATE - SERVICE ON REGISTERED AGENT

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me to-wit: ALBERT ASHLEMAN as registered
agent of the within named corporation according to Chapter 48.081(3)
and 48.091, Florida Statutes.


SERVICE COST: $40.00                           BILL GOOTEE, SHERIFF
CD, CIVIL CLERK                                COLUMBIA COUNTY, FLORIDA

                                               BY: [signature]
MAIL TO:                                           KENNETH GLENN, D.S.

   CARTER & ANSLEY LLP
   1180 W. PEACHTREE ST.
   SUITE 2300
   ATLANTA, GA    30309

# United States District Court

**NORTHERN** DISTRICT OF **GEORGIA**
ATLANTA DIVISION

ORIGINAL

JIMMY SMITH RACING TIRES, INC.

Plaintiff

v.

ALBERT ASHLEMAN, FLORIDA PRO SERIES, INC., FLORIDA RACE CAR PRODUCTS, INC., and COLUMBIA MOTORSPORTS, INC.

Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:05-CV-0970-JEC

TO: Columbia Motorsports, Inc.
c/o Lelia Ashleman, Registered Agent
239 Southwest Blueberry ~~Lane~~ Place
Lake City, Florida 32024

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS (name and address)

Richard P. Hamilton, Esq.
John D. Hadden, Esq.
CARTER & ANSLEY LLP
Suite 2300, Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309-3482
(404) 658-9220 (telephone)
(404) 658-9726 (facsimile)

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS                    5-3-05
CLERK                               DATE

_/s/ JK Punch_
BY DEPUTY CLERK

RETURN OF SERVICE

RECEIPT NUMBER: 0000895-05

PERSON TO BE SERVED:

COLUMBIA MOTORSPORTS, INC.
C/O LELIA ASHLEMAN, REGISTERED AGENT
239 SOUTHWEST BLUEBERRY PLACE
LAKE CITY

PLAINTIFF: JIMMY SMITH RACING TIRES, INC.
  -VS-
DEFENDANT: ALBERT ASHLEMAN, FLORIDA PRO SERIES, INC., FLORIDA RACE CAR, ETC.,

TYPE WRIT: SUMMONS IN A CIVIL ACTION

    COURT: U.S. DISTRICT                          COURT DATE:
    CASE #: 1:05-CV-0970-JEC                      COURT TIME:


    Received the above-named writ on May 5, 2005, at 10:33 AM,
    and served the same on May 9, 2005, at 3:15 PM,
    in COLUMBIA County, Florida, as follows:

CORPORATE - SERVICE ON REGISTERED AGENT

By delivering a true copy of this writ together with a copy of the
initial pleadings, if any, with the date and hour of service endorsed
thereon by me to-wit: LELIA ASHLEMAN as registered
agent of the within named corporation according to Chapter 48.081(3)
and 48.091, Florida Statutes.


SERVICE COST: $40.00                              BILL GOOTEE, SHERIFF
CD, CIVIL CLERK                                   COLUMBIA COUNTY, FLORIDA


MAIL TO:                          BY:  _Kenneth Glenn_____
                                       KENNETH GLENN, D.S.
    CARTER & ANSLEY LLP
    1180 W. PEACHTREE ST.
    SUITE 2300
    ATLANTA, GA    30309