IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JIMMY SMITH RACING TIRES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERT ASHLEMAN, FLORIDA PRO )<br>SERIES, INC., FLORIDA RACE CAR )<br>PRODUCTS, INC., and COLUMBIA )<br>MOTORSPORTS, INC., )<br>)<br>Defendants. ) | CIVIL ACTION FILE<br><br>NO.: 1:05-cv-0970-JEC |

## MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT

Now comes Plaintiff Jimmy Smith Racing Tires, Inc., by and through its counsel of record, and files this memorandum of law in support of its motion for leave to amend its complaint.

### Argument and Citation of Authority

Fed. R. Civ. P. 15 (a) allows a plaintiff to amend its complaint, if that amendment is sought subsequent to a defendant's responsive pleading, upon leave of court. In such situation, leave "shall be freely given when justice so requires". Fed. R. Civ. P. 15.

Plaintiff recognizes this Court's inherent discretion over whether to grant

leave of court to file its amended complaint.  However, it respectfully requests that the court grant its request as a good-faith attempt to clarify the allegations contained in its original complaint.  The proposed amendments state valid claims under Georgia law.  *See Aversa v. U.S.*, 99 F.3d 1200, 1214 (1st Cir. 1996).  Further, this amendment would not prejudice defendants, since this action has not advanced beyond the preliminary stages, and no answers have yet been filed. *See Scott v. Crescent Tool Co.*, 306 F. Supp. 884, 886 (N.D. Ga.. 1969).  Therefore, plaintiff Jimmy Smith Racing Tires requests that it be allowed to file this amendment.

      Respectfully submitted this 3rd day of August, 2005.

        /s John D. Hadden   
Richard P. Hamilton  
Georgia Bar No. 321274  
rhamilton@carteransley.com  
John D. Hadden  
Georgia Bar No. 141317  
jhadden@carteransley.com  
*Attorneys for Plaintiff*

Carter & Ansley LLP  
Atlantic Center Plaza, Suite 2300  
1180 West Peachtree Street  
Atlanta, Georgia 30309  
(404) 658-9220  
(404) 658-9726 (facsimile)

## CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE

Pursuant to LR 5.1, NDGa., the foregoing *Memorandum of Law in Support of Motion for Leave to Amend Complaint* is prepared in Times New Roman, 14 point, and was filed with the clerk of court via the CM/ECF system which will automatically send email notification of filing to the following attorneys of record:

>Jeffrey D. Horst
>horst@krevolinhorst.com
>David A. Sirna
>sirna@krevolinhorst.com
>Krevolin & Horst, LLC
>1175 Peachtree Street, N.E.
>100 Colony Square, Suite 2150
>Atlanta, GA 30308
>*Attorneys for Defendants*

This 3rd day of August, 2005.

>     /s John D. Hadden
>Richard P. Hamilton
>Georgia Bar No. 321274
>rhamilton@carteransley.com
>John D. Hadden
>Georgia Bar No. 141317
>jhadden@carteransley.com
>*Attorneys for Plaintiff*
>Carter & Ansley LLP
>Atlantic Center Plaza, Suite 2300
>1180 West Peachtree Street
>Atlanta, Georgia 30309
>(404) 658-9220 (telephone)
>(404) 658-9726 (facsimile)