IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JIMMY SMITH RACING TIRES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO.: 1:05-cv-0970-JEC |
| ALBERT ASHLEMAN, FLORIDA PRO ) | |
| SERIES, INC., FLORIDA RACE CAR ) | |
| PRODUCTS, INC., and COLUMBIA ) | |
| MOTORSPORTS, INC., ) | |
| ) | |
| Defendants. ) | |

**WITHDRAWAL OF
MOTION FOR LEAVE TO AMEND COMPLAINT**

Now comes Plaintiff Jimmy Smith Racing Tires, Inc., by and through its counsel of record, and hereby withdraws its previously-filed motion for leave to amend its complaint and all attachments.

Respectfully submitted this 15th day of August, 2005.

*Signatures on following page*

/s John D. Hadden
Richard P. Hamilton
Georgia Bar No. 321274
rhamilton@carteransley.com
John D. Hadden
Georgia Bar No. 141317
jhadden@carteransley.com
*Attorneys for Plaintiff*

Carter & Ansley LLP
Atlantic Center Plaza, Suite 2300
1180 West Peachtree Street
Atlanta, Georgia 30309
(404) 658-9220
(404) 658-9726 (facsimile)

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

Pursuant to LR 5.1, NDGa., the foregoing ***Withdrawal of Motion for Leave to Amend Complaint*** is prepared in Times New Roman, 14 point, and was filed with the clerk of court via the CM/ECF system which will automatically send email notification of filing to the following attorneys of record:

>Jeffrey D. Horst
>horst@krevolinhorst.com
>David A. Sirna
>sirna@krevolinhorst.com
>Krevolin & Horst, LLC
>1175 Peachtree Street, N.E.
>100 Colony Square, Suite 2150
>Atlanta, GA 30308
>*Attorneys for Defendants*

This 15th day of August, 2005.

>    /s John D. Hadden
>Richard P. Hamilton
>Georgia Bar No. 321274
>rhamilton@carteransley.com
>John D. Hadden
>Georgia Bar No. 141317
>jhadden@carteransley.com
>*Attorneys for Plaintiff*
>Carter & Ansley LLP
>Atlantic Center Plaza, Suite 2300
>1180 West Peachtree Street
>Atlanta, Georgia 30309
>(404) 658-9220 (telephone)
>(404) 658-9726 (facsimile)