IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JIMMY SMITH RACING TIRES, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALBERT ASHLEMAN, FLORIDA PRO )<br>SERIES, INC., FLORIDA RACE CAR )<br>PRODUCTS, INC., and COLUMBIA )<br>MOTORSPORTS, INC., )<br>)<br>Defendants. ) | CIVIL ACTION FILE<br><br>NO.: 1:05-cv-0970-JEC |

## **CONSENT ORDER TO ALLOW FILING OF AMENDED COMPLAINT**

All parties having conferred and agreed, pursuant to Fed. R. Civ. P. 15 (a), to plaintiff's filing of its amended complaint, this order is hereby granted. The parties stipulate that defendants' time to answer or otherwise respond to the amended complaint is extended until Friday, September 9, 2005.

_____
Julie E. Carnes
Judge, United States District Court
for the Northern District of Georgia,
Atlanta Division

Consented to by:

| | |
|---|---|
|   /s John D. Hadden   |   /s David A. Sirna   |
| Richard P. Hamilton | Jeffrey D. Horst |
| Georgia Bar No. 321274 | Georgia Bar No. 367834 |
| rhamilton@carteransley.com | horst@krevolinhorst.com |
| John D. Hadden | David A. Sirna |
| Georgia Bar No. 141317 | Georgia Bar No. 613513 |
| jhadden@carteransley.com | sirna@krevolinhorst.com |
| | *(signed with express permission by John D. Hadden)* |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| Carter & Ansley LLP | Krevolin & Horst, LLC |
| Atlantic Center Plaza, Suite 2300 | 1175 Peachtree Street, N.E. |
| 1180 West Peachtree Street | Suite 2150, 100 Colony Square |
| Atlanta, Georgia 30309 | Atlanta, Georgia 30361 |
| (404) 658-9220 | (404) 888-9700 |
| (404) 658-9726 (facsimile) | (404) 888-9566 (facsimile) |